# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 23-2644

———————————————

Vivian Houston; Johnnie L. Ball

*Plaintiffs - Appellants*

v.

Christopher Klaverkamp; Scott Amos

*Defendants - Appellees*

———————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

———————————

Submitted: November 13, 2023
Filed: November 16, 2023
[Unpublished]

———————————

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

———————————

PER CURIAM.

Vivian Houston and Johnnie Ball appeal following the district court's[1] with-prejudice dismissal of their civil rights action pursuant to Federal Rule of Civil

---

[1]The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.

Procedure 41(b). Having carefully reviewed the record and the parties' arguments on appeal, we conclude that the district court did not abuse its discretion in dismissing the action for willful disobedience of court orders. *See Smith v. Gold Dust Casino*, 526 F.3d 402, 404-05 (8th Cir. 2008). We likewise discern no abuse of discretion in the denial of appellants' post-judgment motions. *See Akpovi v. Douglas*, 43 F.4th 832, 837 (8th Cir. 2022); *Murphy v. Mo. Dep't of Corr.*, 506 F.3d 1111, 1117 (8th Cir. 2007). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____